**The Law Office of**
## ANTHONY M. GRANDINETTE

114 Old Country Rd. Suite 420 • Mineola, NY 11501

Mirel Fisch
Admitted in New York/New Jersey

Of Counsel:
Paul Casteleiro
New Jersey

Telephone: (516) 877-2889
Facsimile: (516) 294-5348
Email: Grandinettelaw@gmail.com

June 1, 2021

Magistrate Anne Y. Shields
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

          **Re: Serpico v. The County of Suffolk, et al.**
          **Docket No.: CV-21-2911(GRN)(AYS)**

Dear Magistrate Shields:

    As you know, I am counsel to plaintiff, Julia Serpico, in the above referenced action. Pursuant to your Honor's scheduling Order, dated May 24, 2022, counsel and their respective clients are available for an in-person settlement conference on September 22, 28 or 29.

                                          Respectfully submitted,

                                          Anthony M. Grandinette

AMG/mk
cc: all counsel via ecf

1