UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Lee G. Dunst<br>U.S. MAGISTRATE JUDGE<br><div align="right">Deputy: Jazmin Cubano</div> |
| **DATE:** | **September 22, 2022** |
| **TIME:** | **2:30 PM** |
| **FORMAT:** | ☐ In Person ☐ Video Conference ☒ Telephone Conference |
| **DOCKET NUMBER(S):** | **21-CV-2911 (GRB)(LGD)** |
| **NAME OF CASE(S):** | Serpico v. County of Nassau |
| **FOR PLAINTIFF(S):** | Anthony M. Grandinette |
| **FOR DEFENDANT(S):** | Liora M. Ben-Sorek; Joseph Lowett (pro se); Christina Lowett (pro se) |
| **NEXT CONFERENCE(S):** | February 6, 2022 at 11:00 AM via teleconference (877-402-9753; access code: 2785175#) |
| **FTR/COURT REPORTER:** | 2:33-3:40 |

### RULINGS FROM STATUS CONFERENCE:

Plaintiff's Counsel, County Defendants' Counsel, pro se defendant Joseph Lowett, and pro se defendant Christina Lowett (together with Joseph Lowett, the "Lowetts") present.

The Clerk of the Court is respectfully directed to update the docket with pro se defendant Joseph Lowett's contact information: 62 Barbara Drive, East Meadow, New York 11554; 516-417-6905; JSLowett@gmail.com. As discussed on the record, the parties shall comply with any applicable state court orders regarding communications between the Lowetts.

Given their reported interest in receiving them, the Lowetts are reminded that they will receive email notifications of filings <u>only if they sign up to receive them</u>. The Pro Se Office and/or the Clinic should be able to assist with that process.

Plaintiff's Counsel is directed to provide to Joseph Lowett the authorization form necessary to obtain Joseph Lowett's criminal records from the Nassau County Defendants. As discussed on the record, Joseph Lowett may decide whether or not to sign that form; the Court is not ordering him to sign the authorization.

The Lowetts' former counsel, James Lenihan, shall provide the full case file, including both electronic and hard copy documents, to each of the Lowetts and file a letter on ECF by **October 6, 2022** confirming that the case file was delivered to each of the Lowetts.

The parties shall file a joint letter by **October 14, 2022** regarding (1) the status of Plaintiff's efforts to obtain Joseph Lowett's criminal records; (2) the status of finalizing a proposed protective order to be filed with the Court; and (3) whether the Lowetts received case file materials (from Mr. Lanihan and/or other parties). The parties are directed to follow the undersigned's Individual Practice Rule IV.F if they file a proposed protective order.

The parties shall complete depositions by **April 1, 2023**.

Plaintiff's Counsel shall serve a copy of this order upon each of the Lowetts and James Lenihan and shall file proof of service by **September 26, 2022**.

<div style="text-align: right;">

SO ORDERED

/s/ Lee G. Dunst
LEE G. DUNST
United States Magistrate Judge

</div>