The Law Office of
ANTHONY M. GRANDINETTE
114 Old Country Rd. Suite 420 • Mineola, NY 11501

Mirel Fisch
Admitted in New York/New Jersey
Of Counsel:
Paul Casteleiro
New Jersey

Telephone: (516) 877-2889
Facsimile: (516) 294-5348
Email: Grandinettelaw@gmail.com

December 15, 2023

Magistrate Lee G. Dunst
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

**Re: Serpico v. The County of Nassau, et al.**
**Docket No.: CV-21-2911(GRB)(LGD)**

Dear Magistrate Dunst:

As you know, I am counsel to plaintiff, Julia Serpico, in the above referenced action and submit this joint status letter on behalf of all parties.

This action has been settled. The parties jointly request two additional weeks to circulate the settlement paperwork and a stipulation and order of voluntary dismissal.

Respectfully submitted,

Anthony M. Grandinette

AMG/tc
CC: All parties via email and ECF